UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LINDA SLADE,

                                   Plaintiff,            Case No.   1:23-cv-400-GHW

    - against -

BEAUTYLISH, INC.,                                   **NOTICE OF SETTLEMENT**

                                  Defendant.
----------------------------------------------------------X

       Now comes the Plaintiff, Linda Slade, by and through counsel, to provide notice to the Court that the present case has been settled between the parties, and states:

       1.     The parties have reached an agreement in principle and a formal settlement agreement containing the agreed-upon terms is in the process of being finalized. Once the Agreement is fully executed, and the terms have been fulfilled, Plaintiff will submit a Notice of Voluntary Dismissal with prejudice and without costs pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

       2.     The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

       3.     We respectfully request the Court provide that the parties may seek to reopen the matter for forty-five (45) days to assure that the terms of the Agreement have been satisfied.

Dated: Scarsdale, New York
          May 22, 2023

                                                  SHAKED LAW GOUP, P.C.
                                                  Attorneys for Plaintiff

                                       By: */s/Dan Shaked*
                                          Dan Shaked, Esq.
                                          14 Harwood Court, Suite 415
                                          Scarsdale, NY 10583
                                          Tel. (917) 373-9128
                                          e-mail: ShakedLawGroup@Gmail.com