UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA SLADE,<br><br>Plaintiff,<br><br>- against -<br><br>BEAUTYLISH, INC.,<br><br>Defendants. | **ECF Case**<br><br>**1:23-cv-400-GHW**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Linda Slade and defendants, Beautylish, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
July 20, 2023

SHAKED LAW GROUP, P.C.

By: ______________________
Dan Shaked, Esq.
14 Harwood Court, Ste. 415
Scarsdale, New York 10583
Telephone: (917) 373-9128
Email: shakedlawgroup@gmail.com
*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

By: ______________________
Joseph Lynett, Esq.
666 Third Avenue, 30th Floor
New York, NY 10017
Telephone: (914) 872-6888
Email: joseph.lynett@jacksonlewis.com
*Attorneys for Defendant*

**SO ORDERED:** ______________________